IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARON SCOTT,<br><br>     Plaintiff,<br><br>v.<br><br>ROBERT WILKIE,<br><br>     Defendant. | CIVIL ACTION<br>NO. 19-5136 |

### ORDER

**AND NOW**, this 9th day of May 2023, upon consideration of pro se Plaintiff's Complaint (Doc. No. 1), Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 8), and pro se Plaintiff's Memorandum in Opposition (Doc. No. 9), it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 8) is **GRANTED** and Plaintiff's claims are **DISMISSED.**

2. The Clerk of Court shall mark this case closed.

BY THE COURT:

/s/Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.